### Jim STEPHENS v. STATE. (No. 12218.)

Court of Criminal Appeals of Texas. Jan. 23, 1929.

Tom F. Coleman, of Lufkin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is the possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for a period of one year.

No questions are presented for review, save the action of the court in overruling the motion for new trial. There are no bills of exceptions in the record. The evidence is sufficient to support the verdict.

The judgment is affirmed.

### A. F. TANKERSLEY v. STATE. (No. 12349.)

Court of Criminal Appeals of Texas. Jan. 30, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Theft of cattle is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

### C. FLANAGAN & SONS v. T. GALEY. (No. 1760.)

Court of Civil Appeals of Texas. Beaumont.

Motion for Rehearing Filed Dec. 5, 1928. Rehearing Denied Dec. 12, 1928. Opinion Filed Jan. 18, 1929.

Baker, Botts, Parker & Garwood, of Houston, for appellant.
Howth, Adams & Hart, of Beaumont, for appellee.

HIGHTOWER, C. J. This appeal is on all fours with cause No. 1750–C, Flanagan & Sons v. F. Carken, 11 S.W.(2d) 392, which was decided by our court and was filed therein on the 22d day of November, 1928, and for the reasons stated in the opinion of said cause No. 1750, the judgment of the lower court is reversed and rendered, in so far as it allows a recovery in favor of appellee for any amount. But in so far as the trial court's judgment denies a recovery to appellee for lost time, as claimed by him, the judgment is affirmed.

It follows, therefore, that the judgment is reversed and rendered in part, and in part affirmed.

### GARRISON TIE & TIMBER COMPANY v. A. & R. PARROTT. (No. 1764.)

Court of Civil Appeals of Texas. Beaumont. Jan. 10, 1929.

See, also, 288 S. W. 250, 293 S. W. 701.

Adams & McAlister, of Nacogdoches, for appellant.
V. E. Middlebrook, of Nacogdoches, for appellee.

O'QUINN, J. This is an appeal by appellant from a judgment against it in favor of appellees. Neither party has filed briefs. The court had jurisdiction of the parties and the matters in controversy, and, no error apparent upon the face of the record appearing, the judgment should be affirmed; and it is so ordered.

Affirmed.